UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-1781**     Case Manager: **Monica M. Page**

Case Name: **Sacred Heart of Jesus Parish, Grand Rapids et al v. Nessel et al**

Is this case a cross appeal?  ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes  ☑ No
If yes, state:
  Case Name: _____    Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

This appeal is being taken by Sacred Heart of Jesus Parish, Grand Rapids ("Sacred Heart") and Jerry Hatley, Robin Hatley, Joseph Boutell, Renee Boutell, Peter Ugolini, and Katie Ugolini (collectively, "Parents") against Dana Nessel as Michigan's Attorney General, John E. Johnson, Jr. as Executive Director of the Michigan Department of Civil Rights, and individual members of the Michigan Civil Rights Commission (collectively, "Michigan"), all in their official capacities. Sacred Heart and the Parents filed a pre-enforcement action challenging Michigan's public-accommodation, education, and employment laws because they violate the Sacred Heart's First Amendment rights to free speech, expressive association, free exercise, free exercise of religion, and Fourteenth Amendment fundamental parental rights. Sacred Heart and its Parents appeal the District Court's Final Judgment (ECF No. 45) as to the August 22, 2023, Opinion and Order (ECF No. 44) granting Michigan's motion to dismiss and denying Sacred Heart's preliminary injunction motion, and denying Sacred Heart's motion for leave to file a supplemental brief.

Sacred Heart and it Parents will argue that the District Court erred in dismissing its suit and denying its motion to supplement because Sacred Heart and its Parents have standing and present ripe claims. Sacred Heart and its Parents will also argue that Michigan's public-accommodation, education, and employment laws violate the First Amendment as applied to the Sacred Heart's use of pronouns and sex-segregated programs and activities, teaching of the Catholic faith especially on marriage and human sexuality, student admission and discipline policies, employment decisions, and policies and practices related to those topics. And the Parents will argue that Michigan's public-accommodation, education, and employment laws violate their fundamental parental rights to provide their children with an authentic Catholic education at Sacred Heart.

This is to certify that a copy of this statement was served on opposing counsel of record this __8__ day of __September__, __2023__.

s/ John J. Bursch
Name of Counsel for Appellant