OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

CATHERINE C. GEYER  
*Chief Circuit Mediator*  
KATHRYN L. WOLLENBURG  
SCOTT COBURN  
JOHN A. MINTER

**331 POTTER STEWART U.S. COURTHOUSE**
**100 EAST FIFTH STREET**
**CINCINNATI, OHIO 45202-3988**
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330  
FAX (513) 564-7349

September 20, 2023

Katherine Leone Anderson  
John J. Bursch  
Cassandra A. Drysdale-Crown  
Heather S. Meingast  
Kimberly K. Pendrick  
Ryan J. Tucker

Re:  *Sacred Heart of Jesus Parish, Grand Rapids, et al v. Dana Nessel, et al,* CA No. 23-1781

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **September 29, 2023**, is hereby **CANCELED**.

Sincerely,

Connie A. Weiskittel  
Mediation Administrator

cc:    John A. Minter