No. 23-1781

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

SACRED HEART OF JESUS PARISH, GRAND RAPIDS; JERRY HATLEY; ROBIN HATLEY; JOSEPH BOUTELL; RENEE BOUTELL; PETER UGOLINI; KATIE UGOLINI,

*Plaintiffs-Appellants,*

v.

DANA NESSEL, in her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Tennessee (Chattanooga)
Case No. 1:22-cv-01214

## UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME TO FILE APPELLANTS' PRINCIPAL BRIEF

Cody S. Barnett
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
cbarnett@ADFlegal.org

John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

RYAN J. TUCKER
KATHERINE L. ANDERSON
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rtucker@ADFlegal.org
kanderson@ADFlegal.org

*Counsel for Plaintiffs-Appellants*

Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, Appellants respectfully request a 21-day extension of time, to and including November 15, 2023, for filing their principal brief. Pursuant to this Court's briefing schedule issued on September 15, 2023, Appellants' principal brief is currently due October 25, 2023.

Counsel for Appellees have been contacted and do not oppose this request.

Appellants request this brief extension of time due to numerous other deadlines in the weeks leading up to the current deadline as follows:

- A cross-petition for writ of certiorari in the United States Supreme Court on October 12, 2023, in *U.S. Food & Drug Administration and Danco Laboratories v. Alliance for Hippocratic Medicine*, Case Nos. 23-235 and 23-236.

- A supplemental brief in the United States Court of Appeals for the Fourth Circuit on October 13, 2023, in *Kerr v. Planned Parenthood South Atlantic*, Case No. 21-1043.

- An amicus brief in the United States Court of Appeals for the Fifth Circuit on October 17, 2023, in *Carter v. Southwest Airlines*, Case No. 23-10008.

- An amicus brief in the United States Supreme Court on October 18, 2023, in *Securities and Exchange Commission v. Jarkesy*, Case No. 22-859.

- An opening brief in the United States Court of Appeals for the Sixth Circuit on October 18, 2023 in *Christian Healthcare Centers v. Nessel*, Case No. 23-1769.

No previous extensions of time for the principal brief have been sought or granted.

Wherefore, Plaintiffs-Appellants request they be granted a 21-day extension of time, or until November 15, 2023, to file their principal brief.

Dated: October 10, 2023

                                Respectfully submitted,

                                */s/ Cody S. Barnett*
                                Cody S. Barnett
                                ALLIANCE DEFENDING FREEDOM
                                44180 Riverside Pkwy
                                Lansdowne, VA 20176
                                (571) 707-4655
                                cbarnett@ADFlegal.org

## RULE 32(G)(1) CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because this motion contains 261 words, excluding parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Word 365 using a proportionally spaced typeface, 14-point Century Schoolbook.

Dated: October 10, 2023

> */s/ Cody S. Barnett*
> Cody S. Barnett
>
> *Attorney for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cody S. Barnett*
Cody S. Barnett

*Attorney for Plaintiffs-Appellants*