No. 23-1781

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

SACRED HEART OF JESUS PARISH, GRAND RAPIDS; JERRY HATLEY; ROBIN HATLEY; JOSEPH BOUTELL; RENEE BOUTELL; PETER UGOLINI; KATIE UGOLINI,

*Plaintiffs-Appellants,*

v.

DANA NESSEL, in her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of Michigan
Case No. 1:22-cv-01214

**DECLARATION OF JESSICA HOFF IN SUPPORT OF MOTION TO SUPPLEMENT RECORD ON APPEAL OR TO TAKE JUDICIAL NOTICE**

I, Jessica Hoff, hereby declare as follows:

1. I am over the age of 18 and competent to testify, and I make this declaration based on my personal knowledge.

2. I submitted a Freedom of Information Act (FOIA) request to Michigan's Department of Civil Rights (Department) in September 2023.

3. On October 9, 2023, I received a letter from the Department responding to my request. A true and correct redacted copy of the responsive letter I received is attached to this declaration as Exhibit 1.

4. Also on October 9, 2023, I received several documents responsive to my September 2023 FOIA request.

5. One document is labeled as a State of Michigan Department of Civil Rights Complaint that names Emmaus Health Partners as the Respondent. A true and correct redacted copy of the complaint I received is attached to this declaration as Exhibit 2.

6. Another document is a string of emails between individuals who identify themselves as reporters or employees of the Department. The emails discuss Studio 8 Salon. A true and correct redacted copy of the relevant portions of the emails that I received is attached to this declaration as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2023.

*Jessica Hoff*
Jessica Hoff

# EXHIBIT 1



| GRETCHEN WHITMER<br>GOVERNOR | STATE OF MICHIGAN<br>DEPARTMENT OF CIVIL RIGHTS<br>DETROIT | JOHN E. JOHNSON, JR<br>EXECUTIVE DIRECTOR |
|---|---|---|

October 9, 2023

Jessica Hoff



Re: MDCR Case#: 638634

Your request dated September 15, 2023 for Public Records under the Freedom of Information Act

Dear Jessica Hoff:

On September 18, 2023, the department received your request for a copy and/or inspection of the following:

Documents described by you as being, "1. A copy of the complaint filed by Jean Oorbeck, Jean Oorbeck, and/or Tiffinny Moutardier against Emmaus Health Partners as referenced in this article: Kate Wells, Family says Catholic medical clinic denied transgender girl care, Michigan Radio (Sept. 6, 2023), https://www.michiganradio.org/health/2023-09-06/family says catholic- medical-clinic-denied-transgender-girl-care. 2. A copy of any emails or other forms of written communication exchanged between Marcelina Trevino or any other employee of the Michigan Department of Civil Rights and Kate Wells or any other reporter, employee, or representative at Michigan Radio related to this article: Kate Wells, Family says Catholic medical clinic denied transgender girl care, Michigan Radio (Sept. 6, 2023), https://www.michiganradio.org/health/2023-09-06/family says-catholic-medical clinic-denied-transgender-girl-care. 4. A copy of any emails or other forms of written communication exchanged between Vicki Levengood or any other employee of the Michigan Department of Civil Rights and Lily Guiney or any other reporter, employee, or representative at Michigan Advance related to this article: Lily Guiney, Michigan Department of Civil Rights receives complaints about Traverse City salon, (July 19, 2023), https://michiganadvance.com/blog/michigan-department-of-civil-rights-receivescomplaints- about-traverse-city-salon/."

Your request has been granted in part and denied in part. The requested documents are enclosed. The copying fee has been waived for this request for administrative reasons.

Your request for the following materials was denied:

Personal Information

The separation/deletion(s) and/or denial(s) are based on the following provision(s) of the Michigan Freedom of Information Act:

**MCL 15, Sec. 13 (1) (a) (personal information)**
A public body may exempt from disclosure as a public record under this act:

Information of a personal nature where the public disclosure of the information would constitute a

clearly unwarranted invasion of an individual's privacy.

---

TO APPEAL DENIAL OF A FREEDOM OF INFORMATION REQUEST, YOU MAY:

1) Appeal this decision in writing to the department director:

   JOHN E. JOHNSON, JR, EXECUTIVE DIRECTOR
   Michigan Department of Civil Rights
   CADILLAC PLACE, SUITE 3-600
   3054 WEST GRAND BOULEVARD
   DETROIT, MI 48202

   The writing must specifically state the word "appeal" and must identify the reason you believe the denial should be reversed. The department director must respond to your appeal within 10 days of its receipt. Under unusual circumstances, the time for response to your appeal may be extended by 10 business days.

2) File an action in the Court of Claims to compel disclosure of the records. The action must be filed within 180 days after the date of the denial. If you prevail in such an action, the court is to award reasonable attorney fees, costs and disbursements. Further, if court finds the denial to be arbitrary and capricious, you may receive punitive damages in the amount of $500.00.

---

If you have any questions, please contact me.

Sincerely,

*Trasonya Felton*

Trasonya Felton
FOIA Coordinator
Phone: 313-456-3717
Fax: 313-456-3721
Email: FeltonT1@michigan.gov

# EXHIBIT 2

| | |
|---|---|
| **Authority:** Acts 453 and 220, P A. of 1976, as amended.<br>**Completion:** Required<br>**Penalty:** Allegations of unlawful discrimination cannot be investigated without a sworn complaint. | **STATE OF MICHIGAN**<br>**DEPARTMENT OF CIVIL RIGHTS**<br># **COMPLAINT**     MDCR # 637196    FED # |

| CLAIMANT | RESPONDENT |
|---|---|
| Jean E. Oorbeck | Emmaus Health Partners |
| **ADDRESS** [redacted] | **ADDRESS** 24 Frank Lloyd Wright Drive, Ann Arbor, MI 48105 |
| **TELEPHONE** [redacted] | **TELEPHONE** 734-930-4020 |
| **Area of Discrimination:** Public Accommodation/Public Service | **Date of Discrimination:** May 15, 2023 |

**Statement of Alleged Discrimination:**

I am a parent of a minor child and I believe my child was subjected to unequal service on May 15, 2023, due to her sex (gender identity).

My child was a patient of the Respondent's facility located at 24 Frank Lloyd Wright Drive, Suite L2300, Ann Arbor, MI 48106.

**Unequal service   5/15/2023   Sex**

On May 15, 2023 I took my minor child to the respondent's facility to receive a medical evaluation, not related to her sex or gender identity. During the visit I was asked about the medications my child was on. I informed the Respondent, my child was on [redacted] we were then told by the Respondent's medical staff, they were a Catholic clinic and were uncomfortable treating my transgender child. I believe my child was subjected to unequal service due to her sex (gender identity).

This complaint is based on the following Law:
Elliott-Larsen Civil Rights Act No 453, Public Act of 1976, as amended

---

I have read the certified complaint and to the best of my knowledge, information, and belief, the allegations are grounded in fact. This certified complaint is made in good faith and not made for any improper purpose, including to harass or to cause unnecessary expense.

_____    _____
Date                   SIGNATURE OF CHARGING PARTY/CLAIMANT

Complaint taken by: David Jones

# EXHIBIT 3

# Felton, Trasonya (MDCR)

**From:** Levengood, Vicki (MDCR)
**Sent:** Wednesday, July 19, 2023 11:31 AM
**To:** Lily Guiney
**Subject:** RE: Media Inquiry
**Attachments:** MDCRInvestigationBrochureFinal_web_534976_7.pdf

Hi Lily -- congrats on the new gig! The Michigan Advance is doing great work.

We definitely have received complaints related to the Studio 8 Salon. I need to get an update on the number. I'll get back to you as soon as I find out.

I am also attaching a brochure--not ideal in electronic form, but it's a good summary of what happens when someone files a complaint with us.

-----Original Message-----
From: Lily Guiney 
Sent: Wednesday, July 19, 2023 10:14 AM
To: Levengood, Vicki (MDCR) 
Subject: Media Inquiry

CAUTION: This is an External email. Please send suspicious emails to 


Hi Vicki!
I'm a new reporter over at the Michigan Advance and I'm looking into any complaints that have been filed with state offices about the Studio 8 Salon in Traverse City. I wanted to reach out and see if MDCR had received any complaints & if so, what next steps would look like. Feel free to give me a call at              if you're available, and if it's easier to just send an email that also works!
Thanks so much and hope your week is going well.
-Lily Guiney

1

If you believe you have been the victim of **unlawful discrimination** within the past **180 days**, you can file a complaint with the **Michigan Department of Civil Rights (MDCR)**.

**Step 1 – Contact MDCR**

If you have questions about civil rights or believe you have been discriminated against, contact MDCR by phone, in writing, online or in person.

**Step 2 – File A Formal Complaint**

If the incident falls under the laws we enforce and occurred within 180 days, MDCR will prepare a formal complaint for you to sign before a notary public and return to MDCR.

Once MDCR receives your notarized complaint, it is placed on the docket and a copy is sent to you (the claimant) and the person or organization you filed the complaint against (the respondent.)

MDCR will then conduct an impartial investigation of all available evidence.





**MDCR**
MICHIGAN DEPARTMENT OF CIVIL RIGHTS

**CONTACT US:**
800-482-3604
Video Phone: 313-437-7035
MDCR-INFO@michigan.gov
www.michigan.gov/mdcr

 Like us - MIDCR  @MiCivilRights

*These procedures are authorized by PAs 220 & 453 of 1976, as amended.*



# THE COMPLAINT
# INVESTIGATION
## PROCESS

**MICHIGAN DEPARTMENT OF CIVIL RIGHTS**

Case: 23-1731 Document: 22-2 Filed: 11/15/2023 Page: 11

## THE INVESTIGATION

During an investigation, the claimant and respondent both have the opportunity to present evidence. The investigation may also include a site visit, interviews with witnesses and analysis of documents.

MDCR may schedule a conference with both parties to explore possible resolutions, clarify issues and provide a forum for presenting additional evidence.

MDCR attempts to resolve complaints at all stages of the investigation. If both parties agree to a settlement, MDCR will close the investigation. If no settlement is reached, MDCR will complete the investigation and report on its findings.



**Michigan law prohibits discrimination in:**
- Employment
- Education
- Housing
- Public Accommodation
- Public Service
- Law Enforcement

based on race, religion, color, national origin, age, sex, disability, genetic information, marital status, familial status, height, weight and arrest record.

## THE FINDINGS

Possible investigation outcomes include:

### DISMISSAL

If there is not sufficient evidence to support a discrimination charge, MDCR will hold an exit interview with the claimant and dismiss the complaint. The claimant may ask for reconsideration of the decision.

### CONCILIATION

If there is sufficient evidence for filing a charge of discrimination, the respondent is invited to a conciliation conference. In this confidential meeting, MDCR will inform the respondent of its findings. The respondent is encouraged to take action to address the discrimination and prevent it from happening again. If a satisfactory resolution is reached, the case is closed.

### CHARGE

If the respondent refuses to address the situation in conciliation, MDCR may issue a formal charge of discrimination and set a date for a public hearing.





### HEARING

A hearing officer will conduct a public hearing on the discrimination charge. All witnesses testify under oath, the rules of evidence apply and all parties have the right to cross examine witnesses.

Following the hearing, the hearing officer will decide whether discrimination took place and if so what the appropriate penalty should be. The Civil Rights Commission will review the findings and allow the parties to argue whether they should be adopted. The Commission will then issue a final order either dismissing the case or requiring corrective action that may include paying damages to the claimant.

A claimant or respondent who does not agree with the Commission's final order may appeal to the circuit court for review of the case.

*Filing a discrimination complaint with the Department of Civil Rights does not prevent a claimant from taking legal action in a court of law.*

| | |
|---|---|
| From: | Levengood, Vicki (MDCR) |
| To: | Trevino, Marcelina (MDCR); Cain, Marlene (MDCR) |
| Cc: | Core, Harold (MDCR) |
| Subject: | RE: media inquiry |
| Date: | Wednesday, July 19, 2023 12:10:59 PM |

Thanks so much, Marcelina. I'll be in touch if the reporter has any follow up questions I can't answer.

**From:** Trevino, Marcelina (MDCR)
**Sent:** Wednesday, July 19, 2023 12:00 PM
**To:** Levengood, Vicki (MDCR)          Cain, Marlene (MDCR)

**Cc:** Core, Harold (MDCR)
**Subject:** RE: media inquiry

Hi Vicki:

Welcome back. Renee Kenyon reported to Director yesterday that we have 12 complaints that have come into the department. They are all within Intake to be evaluated and processed. I just verified this number hasn't changed in CRIS.

Marcelina Trevino, JD, MSW
Director of Enforcement
Michigan Department of Civil Rights
3054 West Grand Boulevard
Suite 3-600
Detroit, MI 48202
Phone: (313) 456-3700
Direct: (313) 456-3799
Fax: (313) 456-3791
E-Mail:
www.michigan.gov/mdcr

**From:** Levengood, Vicki (MDCR)
**Sent:** Wednesday, July 19, 2023 11:48 AM
**To:** Trevino, Marcelina (MDCR)              ; Cain, Marlene (MDCR)

**Cc:** Core, Harold (MDCR)
**Subject:** media inquiry
**Importance:** High

Hi Marlene and Marcelina,

We've had another media inquiry related to the Studio 8 Salon in Traverse City. The last I heard, we had taken 8 complaints against the owner. Is that number up to date? Thanks in advance!

Vicki

**Vicki Levengood** | Communications Director
**Michigan Department of Civil Rights**
Capital Tower Building
110 W. Michigan Ave., Suite 900
Lansing, MI 48933
**Office:** 517-241-7978 | **Cell:** 517-775-0558
[www.michigan.gov/mdcr](www.michigan.gov/mdcr)
**Facebook Twitter Instagram**

Notice of Confidentiality: The transmitted information is
for the exclusive use of the intended recipient(s).

**From:** Levengood, Vicki (MDCR)
**To:** Lily Guiney
**Subject:** RE: Media Inquiry
**Date:** Wednesday, July 19, 2023 12:14:00 PM

Hi Lily,

The department has taken 12 complaints against the Studio 8 Salon. All the complaints are in intake and being evaluated to determine if they meet the requirements for an investigation. Please let me know if you have any other questions.

Vicki Levengood | Communications Director
Michigan Department of Civil Rights
Capital Tower Building
110 W. Michigan Ave., Suite 900
Lansing, MI 48933
Office: 517-241-7978 | Cell: 517-775-0558
www.michigan.gov/mdcr
Facebook  Twitter  Instagram

Notice of Confidentiality: The transmitted information is for the exclusive use of the intended recipient(s).

-----Original Message-----
From: Lily Guiney
Sent: Wednesday, July 19, 2023 10:14 AM
To: Levengood, Vicki (MDCR)
Subject: Media Inquiry

CAUTION: This is an External email. Please send suspicious emails to

Hi Vicki!
I'm a new reporter over at the Michigan Advance and I'm looking into any complaints that have been filed with state offices about the Studio 8 Salon in Traverse City. I wanted to reach out and see if MDCR had received any complaints & if so, what next steps would look like. Feel free to give me a call at             if you're available, and if it's easier to just send an email that also works!
Thanks so much and hope your week is going well.
-Lily Guiney