Case No. 23-1781

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

SACRED HEART OF JESUS PARISH, GRAND RAPIDS; JERRY HATLEY; ROBIN HATLEY; JOSEPH BOUTELL; RENEE BOUTELL; PETER UGOLINI; KATIE UGOLINI

      Plaintiffs - Appellants

v.

DANA NESSEL, in her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; PORTIA L. ROBERSON, in their official capacity as a member of the Michigan Civil Rights Commission; ZENNA FARAJ ELHASON, in their official capacity as a member of the Michigan Civil Rights Commission; GLORIA E. LARA, in their official capacity as a member of the Michigan Civil Rights Commission; REGINA GASCO-BENTLEY, in their official capacity as a member of the Michigan Civil Rights Commission; ANUPAMA KOSARAJU, in their official capacity as a member of the Michigan Civil Rights Commission; RICHARD J. CORRIVEAU, in their official capacity as a member of the Michigan Civil Rights Commission; DAVID WORTHAMS, in their official capacity as a member of the Michigan Civil Rights Commission; LUKE R LONDO, in their official capacity as a member of the Michigan Civil Rights Commission

      Defendants - Appellees

Upon consideration of the motion to allow Jewish Coalition for Religious Liberty and Religious Freedom Institute's Islam and Religious Freedom Action Team to file an amicus brief; the motion to allow Association of Classical Christian Schools, American Association of Christian Schools, Institute for Catholic Liberal Education, Association for Biblical Higher Education, and Wagner Faith & Freedom Center at Spring Arbor University to file an amicus brief; the motion to allow Billy Gram Evangelistic Association, Samaritan's Purse, Concerned Woman for America, Family Foundation, Illinois Family Institute, International Conference of

Evangelical Chaplain Endorsers, Pacific Justice Institute, and National Legal Foundation to file an amicus brief,

In addition, upon consideration of the appellee's motion for an extension of time to file appellees' response to appellants' second motion to supplement or take judicial notice,

It is **ORDERED** that the motions be and are hereby **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: April 24, 2024